# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marvin Lee Bobo,

            Petitioner,

v.

State of Minnesota,

            Respondent.

Civil No. 14-4843 (MJD/HB)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated November 16, 2015.  Petitioner has filed written objections to the Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Bowbeer dated November 16, 2015.

**IT IS HEREBY ORDERED** that:

1. Marvin Lee Bobo's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. No. 1] is **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. A certificate of appealability **WILL NOT BE GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 22, 2015          s/ Michael J. Davis
                                   MICHAEL J. DAVIS
                                   United States District Judge